UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:13–cv–02020–MMM–SH            DATE:  5/10/2013
Title:  GRIFFIN GREENHOUSE SUPPLIES INC V. COAST NURSERIES INC

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:        **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 4/24/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 4/25/2013.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90                          **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk: ah